STATE of Missouri, Plaintiff/Respondent,

v.

Ronald E. ARMSTRONG,
Defendant/Appellant.

No. 73321.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 27, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 19, 1999.

Paul J. D'Agrosa, Wolff & D'Agrosa, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a judgment in the Circuit Court of the City of St. Louis. Ronald E. Armstrong was found guilty in a jury trial of possession of a controlled substance in violation of Section 195.202 RSMo 1994 and sentenced to a term of ten years in the Missouri Department of Corrections.

We have read the briefs and reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment is affirmed in accordance with Rule 30.25(b).

UNION SEVENTY PARTNERSHIP,
et al., Plaintiffs/Appellants,

v.

MARK TWAIN BANK,
Defendant/Respondent.

No. 73773.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 27, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 19, 1999.

Rexford H. Caruthers, Steven Dyer, St. Louis, for appellants.

E. Michael Murphy, Henry F. Luepke, St. Louis, for respondent.

Before ROBERT G. DOWD, Jr. C.J., and CRANDALL and AHRENS, JJ.

**ORDER**

PER CURIAM.

Plaintiffs, Union Seventy Partnership, et al., appeal from the trial court's grant of summary judgment in favor of defendant, Mark Twain Bank, in an action for breach of contract and misrepresentation.

We have reviewed the record on appeal and find that no error of law appears. An opinion would have no precedential value. However, the parties have been provided with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).